UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Rebekah Armstrong v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12097-DRH |
| *Chazmyn Booker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10222-DRH |
| *Tina Diello v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12472-DRH |
| *Kimberly Ferreira, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11737-DRH |
| *Cheryl Knight, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12128-DRH |
| *Kieva Loftis v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10448-DRH |
| *Heather Paton v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13720-DRH |
| *Barbara Strong, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12157-DRH |
| *Adriana Sweet v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10522-DRH |

**JUDGMENT IN A CIVIL CASE**

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

`Case 3:11-cv-10448-DRH-PMF   Document 8   Filed 08/25/14   Page 2 of 2   Page ID #258`

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 22, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

                                                **JUSTINE FLANAGAN,**
                                                **ACTING CLERK OF COURT**

                                                **BY:**  */s/Caitlin Fischer*
                                                           **Deputy Clerk**

**Dated:**  August 25, 2014

Digitally signed by David R. Herndon
Date: 2014.08.25 09:35:20 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**